THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Sirmedra
 Jackson, Appellant.
 
 
 

Appeal From Barnwell County
Judge R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No. 2009-UP-553
 Submitted November 2, 2009  Filed
November 19, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all  of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for
 Respondent.
 
 
 

PER CURIAM:  Sirmedra Jackson appeals her conviction for
 obtaining a signature or property by false pretenses, arguing the trial court
 erred by admitting the photo line-up and subsequent identification of Jackson
 because it was the product of an unduly suggestive and unreliable photo line-up
 procedure.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED. 
SHORT, THOMAS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.